

# Fourth Court of Appeals
## San Antonio, Texas

March 4, 2020

No. 04-19-00284-CV

**IN THE ESTATE OF RONALD CRAIG BURNS**, Deceased,

From the County Court, Karnes County, Texas
Trial Court No. 2017-006047
Honorable Polly Jackson Spencer, Judge Presiding

# O R D E R

Sitting:    Sandee Bryan Marion, Chief Justice
               Irene Rios, Justice
               Liza A. Rodriguez, Justice

The panel has considered appellants' motion for rehearing. The motion is DENIED. *See* TEX. R. APP. P. 49.3.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of March, 2020.

_Michael A. Cruz_
MICHAEL A. CRUZ,
Clerk of Court